**Order entered February 10, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00881-CV

**BARBARA DIXON, Appellant**

**V.**

**TRANSPORT AMERICA, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-06464**

### ORDER

Before the Court is appellant's February 9, 2023 motion to extend time to file her amended brief. We **GRANT** appellant's motion and **ORDER** appellant's amended brief received on February 9, 2023 **FILED** as of the date to this order. Appellee's brief is due **THIRTY DAYS** from the date of this order.

/s/    BILL PEDERSEN, III
       JUSTICE